## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| MATT WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21-cv-01470-JCH |
| | ) | |
| D. MARSHAIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. On July 22, 2021, plaintiff Matt Wilson – along with nine other inmates of the Jefferson County Detention Center – filed a joint civil action pursuant to 42 U.S.C. § 1983. Because prisoners are not allowed to bring joint actions, the Court opened new civil cases for each of the individual inmates. The instant action is one of those new cases.

The Court notes that plaintiff has not signed the complaint, nor has he presented any allegations regarding the violation of his own constitutional rights. In addition, plaintiff has not filed a motion for leave to proceed in forma pauperis or paid the filing fee. Therefore, plaintiff will be directed to file an amended complaint. Further, he will be directed to either file a motion for leave to proceed in forma pauperis or pay the full filing fee in this action. Plaintiff will be given thirty days in which to comply. If plaintiff fails to comply, the Court will dismiss this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's prisoner civil rights complaint form.

**IT IS FURTHER ORDERED** that plaintiff must file an amended complaint on the Court form within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to file an amended complaint on the Court form within **thirty (30) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's motion for leave to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that plaintiff shall either file a motion for leave to proceed in forma pauperis or pay the filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to either file a motion for leave to proceed in forma pauperis or pay the filing fee within **thirty (30) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

**IT IS FURTHER ORDERED** that upon the filing of the amended complaint, the Court will review it pursuant to 28 U.S.C. § 1915.

Dated this 16th day of December, 2021.

\s\ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE