# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MATT WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:21-cv-01470-JCH |
| | ) |
| D. MARSHAIK, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. On December 16, 2021, plaintiff Matt Wilson was ordered to either file a motion for leave to proceed in forma pauperis or pay the entire filing fee in this civil action. (Docket No. 3). He was also directed to submit an amended complaint on a Court-provided form. Plaintiff was given thirty days to comply, and advised that his failure to comply would result in the dismissal of this action without prejudice and without further notice.

The Court did not receive from plaintiff either an amended complaint or a motion for leave to proceed in forma pauperis. Instead, on January 3, 2022, mail sent to plaintiff at the Jefferson County Detention Center was returned as undeliverable. (Docket No. 4). The mail was re-sent to plaintiff at the Jefferson County Jail. However, on February 23, 2022, the mail was again returned as undeliverable. (Docket No. 5). A forwarding address was not provided, so the mail was not re-sent.

Local Rule 2.06(B) requires every self-represented party to promptly notify the Clerk of Court of any change in address. The rule further provides that "[i]f any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented

plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." E.D. Mo. L.R. 2.06(B).

In this case, thirty days have elapsed since plaintiff's mail was returned as undeliverable. Plaintiff has not provided his new address, nor submitted anything further to the Court. As such, the Court will dismiss this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* E.D. Mo. L.R. 2.06(B). A separate order of dismissal will be entered herewith.

Dated this 28th day of March, 2022.

/s Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE